SEMHA ALWAYA (State Bar No. 141999)
SETH W. WIENER (State Bar No. 203747)
LAW OFFICES OF SEMHA ALWAYA
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 125
Emeryville, California 94608
Telephone: (510) 595-7900
Facsimile: (510) 595-9049
Email: salwaya@alwayalaw.com
       swiener@alwayalaw.com

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

MICHAEL BARNES (State Bar No. 121314)
CYNTHIA LIU (State Bar No. 263270)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: michael.barnes@dentons.com
       cynthia.liu@dentons.com

Attorneys for Defendant
HARTFORD UNDERWRITERS
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | Case No. 2:14-cv-01417-MCE-KJN |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT |
| vs. | |
| HARTFORD UNDERWRITERS INSURANCE COMPANY; and DOES 1-10, | |
| Defendants. | |

Pursuant to Civil Local Rule 144 of the United States District Court for the Eastern District of California, plaintiff Arch Insurance Company and defendant Hartford Underwriters Insurance Company, by and through their respective counsel, hereby stipulate and agree to the following:

Hartford shall have an extension of time to and through July 28, 2014, in which to respond to Arch's complaint filed in the above-captioned action. No previous extensions have been granted.

Dated:  July 3, 2014                               LAW OFFICES OF SEMHA ALWAYA


By: /s/ Semha Alwaya (as authorized on 7-3-14)
         SEMHA ALWAYA

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

Dated:  July 3, 2014                               DENTONS US LLP


By:         /s/ CYNTHIA LIU
              CYNTHIA LIU

Attorneys for Defendant
HARTFORD UNDERWRITERS
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT