Semha Alwaya, State Bar No. 141999
Seth W. Wiener, State Bar No. 203747
LAW OFFICES OF SEMHA ALWAYA
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 125
Emeryville, California 94608
Telephone:  (510) 595-7900
Facsimile:   (510) 595-9049
E-Mail: salwaya@alwayalaw.com
            swiener@alwayalaw.com

Attorneys for Plaintiff
ARCH INSURANCE COMPANY


Sonia S. Waisman, State Bar No. 153010
McCLOSKEY, WARING & WAISMAN LLP
1960 East Grand Ave., Suite 580
El Segundo, California 90245
Telephone No.:  (310) 524-0400
Facsimile No.:   (310) 524-0404
E-Mail:  swaisman@mwwllp.com

Attorneys for Defendant
HARTFORD UNDERWRITERS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY; and DOES 1-10,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-01417-MCE-KJN<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

　　　　This stipulation is made between Plaintiff Arch Insurance Company ("Arch") and Hartford Underwriters Insurance Company ("Hartford") in light of the following facts:

　　　　WHEREAS, Arch served the Complaint in this action on Hartford on June 13, 2014;

　　　　WHEREAS, on or about July 3, 2014, Arch and Hartford filed a Stipulation to Extend Deadline to Respond to Complaint, extending the time to July 28, 2014 for Hartford to respond to the Complaint, which this Court entered into Order on July 8, 2014 (Document 8);

　　　　WHEREAS, Hartford has since retained the undersigned to represent it in this action, due

1

to its prior counsel's conflict of interest; and

WHEREAS, the parties now agree, subject to the Court's approval and Order, to allow Hartford an additional 15-day period until and including August 12, 2014 to respond to the Complaint, which would result in a total extension of 39 days from the original due date;

THEREFORE, pursuant to Civil Local Rule 144 of the United States District Court for the Eastern District of California, Arch and Hartford, by and through their respective counsel, hereby stipulate and agree to the following, subject to the Court's approval and Order:

Hartford will have an additional extension of time to and including August 12, 2014, in which to respond to Arch's Complaint.

Dated:  July 21, 2014                    LAW OFFICES OF SEHMA ALWAYA


By:   /s/ Sehma Alwaya (as authorized on 7/21/14)
      Sehma Alwaya
      Attorneys for Plaintiff
      ARCH INSURANCE COMPANY


Dated:  July 21, 2014                    McCLOSKEY, WARING & WAISMAN LLP


By:   /s/ Sonia S. Waisman
      Sonia S. Waisman
      Attorneys for Defendant
      HARTFORD UNDERWRITERS
      INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated:  July 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT