Semha Alwaya, California State Bar No. 141999
Seth W. Wiener, California State Bar No. 203747
LAW OFFICES OF SEMHA ALWAYA
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 125
Emeryville, California 94608
Telephone:    (510) 595-7900
Facsimile:     (510) 595-9049
E-mail: salwaya@alwayalaw.com; swiener@alwayalaw.com

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

Sonia S. Waisman, State Bar No. 153010
MCCLOSKEY, WARING & WAISMAN LLP
1960 East Grand Avenue, Suite 580
El Segundo, California 90245
Telephone:    (310) 524-0400
Facsimile:     (310) 524-0404
E-mail: swasiman@mwwllp.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY; and DOES 1-10,<br><br>   Defendants. | Case No. 2:14-cv-01417-MCE-KJN<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR INITIAL DISCLOSURES |

      This Stipulation is made between Plaintiff Arch Insurance Company ("Arch") and Defendant Hartford Underwriters Insurance Company ("Hartford") in light of the following facts:

      WHEREAS, on August 27, 2014, the parties filed a Joint Status Report (Doc. 16), stating that: "[t]he parties agree that disclosures under Rule 26(a)(1) shall be made by September 30, 2014."

      WHEREAS, the parties are currently engaged in productive settlement negotiations, and wish to avoid incurring potentially unnecessary discovery and litigation costs.

      THEREFORE, the parties now agree, subject to the Court's approval and Order:

      The deadline for disclosures under Rule 26(a)(1) is extended from September 30, 2014 to November 30, 2014.

DATED: September 29, 2014      LAW OFFICES OF SEMHA ALWAYA,
                               A PROFESSIONAL CORPORATION

                         By:   /s/
                               _____
                               Semha Alwaya
                               Attorney for Plaintiff
                               ARCH INSURANCE COMPANY


DATED: September 29, 2014      MCCLOSKEY, WARING & WAISMAN LLP

                         By:   /s/
                               _____
                               Sonia S. Waisman
                               Attorney for Defendant
                               HARTFORD UNDERWRITERS INSURANCE
                               COMPANY

### ORDER

As set forth in the parties' stipulation (ECF No. 20), the deadline for disclosures under Rule 26(a)(1) is EXTENDED from September 30, 2014 to November 30, 2014.

IT IS SO ORDERED.

Dated: September 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-2-
STIPULATION TO EXTEND DEADLINE FOR INITIAL DISCLOSURES